UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JANE DOE,

                            Plaintiff,

         -against-

CITY OF NEW YORK; New York City Department of Corrections Officer FIGUEROA, in his individual capacity, New York City Department of Corrections Officer PEARON/PARSON, in his individual capacity,

    Defendants.

15-CV-9137 (JGK)

Notice of Motion

-------------------------------------------------------------------x

## NOTICE OF MOTION FOR AN ORDER ALLOWING PLAINTIFF TO PROCEED ANONYMOUSLY

Please take notice that upon the motion of attorney Robert Marinelli, the memoranda of law submitted herewith, and upon all prior pleadings, plaintiff will move this Court, Hon. John G. Koeltl, at the United States District Courthouse, 500 Pearl Street, New York, New York, on a time and date to be determined by the Court, for an Order allowing plaintiff to prosecute this matter anonymously, or in the alternative, seal this case, and such other and further relief as this Court deems just.

DATED: January 4, 2016
New York, New York

By: /s_____
Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY 10007
(212) 822-1427

To: Mark Zuckerman
Assistant Corporation Counsel
100 Church Street
New York, N.Y. 10007