# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

May 19, 2016

<u>By ECF</u>
The Honorable John G. Koeltl
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: <u>Doe  v. City of New York, et al.</u>, 15 CV 9137 (JGK)

Your Honor:

   I represent the plaintiff in this case. As an Exhibit to this letter, I am filing a Notice of Appearance on behalf of Christopher Wright, who is co-counsel on this matter.

            Respectfully,

            /s
            Robert Marinelli

Copy: Mark Zuckerman(by ECF)