UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JANE DOE,

                                                                    Plaintiff,

**NOTICE OF APPEARANCE**

15-CV-9137 (JGK)

                -against-

THE CITY OF NEW YORK et als.

                                              Defendants.

------------------------------------------------------------------------ x

        PLEASE TAKE NOTICE that Christopher Wright should be added to the docket as co-counsel of record for the plaintiff.

DATED:       May 19, 2016
                  Brooklyn, New York

                                                                   _/s_____
                                                                   Christopher Wright, Esq.
                                                                   305 Broadway, Suite 1001
                                                                   New York, New York 10007
                                                                   (212)822-1427

Copy:   Mark Zuckerman, ACC