

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

September 15, 2017

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Jane Doe v. City of New York, et. al., 15 Civ. 9137 (JGK)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Ismael Figueroa and Gerard Philogene in the above-referenced matter. I write to inform the Court of the status of the testing that plaintiff wishes to undertake as set forth in the letter of plaintiff's counsel to the Court of July 20, 2017. Counsel anticipate a joint phone conference with the selected laboratory early next week to discuss testing protocol, to be followed by the delivery of the clothes to the laboratory by defendants. We propose to further update the Court by October 6, 2017, and request that the stay remain in effect through that time.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/
      Mark D. Zuckerman
      Senior Counsel

cc: Robert J. Marinelli, Esq. (via ECF)