ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

November 3, 2017

BY ECF
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Doe v. City of New York, et al.*, 15-CV-9137 (JGK)

Your Honor:

    I am the attorney for Plaintiff. The parties write jointly to provide the required status report. Since the last status report, the evidence which plaintiff wishes to have tested has been sent to Bode Labs for testing, and the next step is for Bode to contact the parties upon their visual inspection of the evidence. The parties respectfully request that the stay remain in effect, and that the parties will submit their next joint status letter on December 8, 2017.

Respectfully,

/s/

Robert Marinelli

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

11/6/17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-6-17