# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

January 3, 2018

**BY ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Doe v. City of New York, et al.*, 15-CV-9137 (JGK)

Your Honor:

    I am the attorney for Plaintiff. The parties write jointly to provide the required status report.

    Bode Labs is commencing testing a certain article of clothing to see if male DNA is present. This testing will be complete on or about February 14, 2018.

    Depending on the results of this test, further testing may be required. The parties respectfully request that the stay remain in effect, and that the parties will submit their next joint status letter on February 19, 2018.

Respectfully,

/s/

Robert Marinelli

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl, U.S.D.J.

1/4/18